No. 11–7216. DICKSON v. KERESTES, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7225. GARDNER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–7231. GOODELL v. WILLIAMS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7232. BELL v. SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7233. HAGLER v. BUDSBERG ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–7237. STANLEY v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 11–7243. MURPHY v. SHERRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7245. WILLIAMS v. BAENEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–7271. CRUMBLIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7275. PURPURA ET AL. v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7280. TODD v. HILL, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7286. MYERS v. KNOWLIN, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–7299. RAMSEY v. BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

